

APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Michael S. O'Donnell
(Please print)

STREET ADDRESS: Apartment 1240, 1020 W. Lawrence

CITY/STATE/ZIP: Chicago, Illinois 60640

PHONE NUMBER: (773) 456-7500

CASE NUMBER: 08CV0061
JUDGE ANDERSEN
MAG. JUDGE KEYS

_Michael S. O'Donnell_       03 JAN 2008
Signature                    Date

**FILED**

JAN - 3 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JAN 03 2008