# U.S. Department of Justice
# United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Michael S. O'Donnell | 08C61  08cv61 |
| DEFENDANT | TYPE OF PROCESS |
| Nicky Posey III & the United States Postal Service | S/C |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

United States Postal Service

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** 4850 N. Broadway, Chicago, Il 60640

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Michael S. O'Donnell
1020 W. Lawrence
Chicago, IL 60640

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 4 |
| Check for service on U.S.A. | 0 |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

**FILED**

APR 2 2 2008  APR 2 2 2008  PH

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT   TELEPHONE NUMBER   DATE 02-08-08

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)  Total Process: 1 of 4  District of Origin No. 24  District to Serve No. 24  Signature of Authorized USMS Deputy or Clerk: TD  Date: 02-08-08

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Anne McKinnis / Administrative Asst.

Date of Service: 4-16-08  Time: 1:45 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 48.00 | .48 | 0 | 48.48 | 0 | 48.48 | 0 |

REMARKS:
3/19/08 Contract Postal Insp/Police 312-983-7901 per  1 DUSM / 1 Hour
Ms. Haymer                                              1 mile (RT)
Correct location 312-692-6128
Serve @ 222 S. Riverside #1200 (Legal dept)

PRIOR EDITIONS MAY BE USED        **1. CLERK OF THE COURT**        FORM USM-285 (Rev. 12/15/80)