UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL S. O'DONNELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 08 C 0061 |
| | ) | |
| NICKY POSEY, III | ) | Judge Andersen |
| UNITED STATES POSTAL SERVICE | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**ATTORNEY DESIGNATION**

    Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case. This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses. *See* LR 83.16(b).

        Respectfully submitted,
        PATRICK J. FITZGERALD
        United States Attorney

        By: s/ Eric S. Pruitt
        ERIC S. PRUITT
        Assistant United States Attorney
        219 South Dearborn Street
        Chicago, Illinois 60604
        (312) 353-5496
        Eric.Pruitt@usdoj.gov

### CERTIFICATE OF SERVICE

      The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

### ATTORNEY DESIGNATION

were served on April 28, 2008 via Unites States Mail to:

Michael S. O'Donnell
1020 West Lawrence
Chicago, Illinois 60640

                                              s/ Eric S. Pruitt
                                              ERIC S. PRUITT
                                              Assistant United States Attorney
                                              219 South Dearborn Street
                                              Chicago, Illinois 60604
                                              (312) 353-5496