UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL O'DONNELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08 C 61 |
| | ) | |
| NICKY POSEY, III and | ) | Judge Andersen |
| UNITED STATES POSTAL SERVICE, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

To: Plaintiff Michael O'Donnell

    Please take notice that, on **Tuesday, June 17, 2008,** the United States caused the attached **Exhibits A and B** in support of its Motion to Dismiss for Lack of Subject Matter Jurisdiction to be filed with the Clerk of Court of the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois.

                                        PATRICK J. FITZGERALD
                                        United States Attorney

                                        By: s/ Eric S. Pruitt
                                             ERIC S. PRUITT
                                             Assistant United States Attorney
                                             219 South Dearborn Street
                                             Chicago, Illinois 60604
                                             (312) 353-5496
                                             eric.pruitt@usdoj.gov

## CERTIFICATE OF SERVICE

      The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

**Notice of Filing**
**Exhibits A and B to Motion to Dismiss for Failure to Exhaust Administrative Remedies**

were served on June 17, 2008 by U.S. Mail on the plaintiff at the following address:

Michael S. O'Donnell
1020 West Lawrence, Apt. 1214
Chicago, Illinois 60640

                                            s/ Eric S. Pruitt
                                            ERIC S. PRUITT
                                            Assistant United States Attorney
                                            219 South Dearborn Street
                                            Chicago, Illinois 60604
                                            (312) 353-5496
                                            eric.pruitt@usdoj.gov