UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHAEL O'DONNELL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NICKY POSEY, III )<br>and )<br>UNITED STATES POSTAL SERVICE, )<br>)<br>Defendant. ) | Case No. 08CV0061 |

## DECLARATION OF SHARON ALFORD-JONES

I, SHARON ALFORD-JONES, make the following declaration in lieu of affidavit pursuant to 28 U.S.C. § 1746. I am aware that this declaration is the legal equivalent of a statement under oath and that it will be filed in the United States District Court for the Northern District of Illinois.

1. I am presently employed by the United States Postal Service in the Chicago District as a Tort Claims Coordinator.

2. I am the custodian for the accident investigation files and am responsible for processing and maintaining Tort and Accident claims made against the United States Postal Service for the Chicago District.

3. I have reviewed the tort claim files for the fiscal years 2006 through the present time, and Michael O'Donnell has not filed a tort claim in the Chicago District for the incident of January 3, 2006 alleged in his Complaint.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief.

*J. Alford-Jones*
SHARON ALFORD-JONES
TORT CLAIMS COORDINATOR
CHICAGO DISTRICT

May 30, 2008
Date