## CERTIFICATION

Pursuant to the provisions of 28 U.S.C. § 2679, as amended, and by virtue of the authority delegated to me by the Attorney General under 28 C.F.R. § 15.4 and through the United States Attorney for the Northern District of Illinois, I hereby certify that I have read the complaint in *Michael O'Donnell v. Nicky Posey, III and United States Postal Service*, Case No 08 C 0061 (N.D. Ill.), and that on the basis of the information now available with respect to the incidents referred to therein, I certify that Nicky Posey, III was acting within the scope of his employment as an employee of the United States at the time of the incidents out of which the claims arose.

Dated: June 16, 2008

_____
THOMAS P. WALSH
Chief, Civil Division
Office of the United States Attorney
 for the Northern District of Illinois