**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Michael S. O'Donnell | 08C61  08cv61 |
| DEFENDANT | TYPE OF PROCESS |
| Nicky Posey III & the United States Postal Service | S/C |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Nicky Posey, III

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** 9345 S. Oglesby Avenue, Chicago, IL

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Michael S. O'Donnell
1020 W. Lawrence, Apt. 1214
Chicago, IL 60640

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 4 |
| Check for service on U.S.A. | 0 |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

**FILED**
AUG 12 2008 RC
Aug 12, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Signature of Attorney or other Originator requesting service on behalf of:   ☒ PLAINTIFF   ☐ DEFENDANT   TELEPHONE NUMBER   DATE 02-08-08

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | TD | Date |
|---|---|---|---|---|---|---|
| | 4 of 4 | No. 24 | No. 24 | | | 02-08-08 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)
NOT SERVED

Date of Service: 8/4/08   Time: 9:00 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 96.00 | 28.13 | 0 | 124.13 | 0 | 124.13 | 0 |

REMARKS:
4/14/08  12:20pm  1 DUSM/ 1hr/ 25 miles
7/14/08  1200p  1 DUSM  1 Hr  29 miles Rt

This process has passed the 180 days. Nicky Posey is never home during business hours during the week.

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |

AO 440 (Rev. 05/00) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

Michael S. O'Donnell

Plaintiff

**SUMMONS IN A CIVIL CASE**

v.

Nicky Posey III
United States Postal Service

CASE NUMBER: **08CV0061**
ASSIGNED JUDGE: **JUDGE ANDERSEN**
DESIGNATED MAGISTRATE: **MAG. JUDGE KEYS**

TO: (Name and address of Defendant)

Nicky Posey, III
9345 S. Oglesby Avenue

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael S. O'Donnell
Apartment 1214
1020 W. Lawrence
Chicago Illinois 60640

an answer to the complaint which is herewith served upon you within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

Maya Burke

(By) DEPUTY CLERK

2-6-08

DATE

Order Form (01/2005)



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 61 | **DATE** | JANUARY 28, 2008 |
| **CASE TITLE** | Michael S. O'Donnell vs. Nicky Posey III and the United States Postal Service | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion to proceed in forma pauperis [4] is granted, and the motion for appointment counsel [5] is denied.

A TRUE COPY - ATTEST
MICHAEL W. DOBBINS, CLERK
BY: Maya Burke
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
DATE: 2-6-08

■[ For further details see text below.]    Docketing to mail notices.

## STATEMENT

This matter is before the court on plaintiff Michael O'Donnell's motion to proceed in forma pauperis and his motion for appointment of counsel. For the following reasons, the motion to proceed in forma pauperis is granted, and the motion for appointment of counsel is denied.

The federal in forma pauperis statute is designed to insure that indigent litigants have meaningful access to the federal courts. *Neitzke v. Williams*, 490 U.S. 319, 324 (1989). To that end, the statute allows a litigant to pursue a case in federal court without fees and costs provided the litigant submits an affidavit asserting an inability "to pay such costs or give security therefor," and the action is neither frivolous nor malicious. 28 U.S.C. § 1915. Having carefully reviewed plaintiff's application, the court concludes that he satisfies the financial criteria necessary to forego payment of the $350 filing fee. Although plaintiff currently is employed, his monthly salary is not enough to enable him to pay the filing fee. Therefore, his application to proceed in forma pauperis is granted.

In considering a motion to appoint counsel, the court begins from the fundamental premise that there is no constitutional or statutory right to counsel in federal civil cases. *Jackson v. County of McLean*, 953 F.2d 1070, 1071 (7th Cir. 1992). However, the district court, in its discretion, may request counsel to represent indigent litigants. *See* 28 U.S.C. § 1915(e)(1). Although plaintiff qualifies as an indigent litigant, the court finds that the factual and legal issues in this case are not unusually complex. Accordingly, the court concludes that the interests of justice will not be served by appointment of counsel at this time. *See Farmer v. Haas*, 990 F.2d 319, 322 (7th Cir. 1993); *Zarnes v. Rhodes*, 64 F.3d 285, 288 (7th Cir. 1995).

For all of the foregoing reasons, plaintiff's application to proceed in forma pauperis is granted, and the motion for appointment of counsel is denied.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Michael S. O'Donnell
Apartment 1214
1020 W. Lawrence
Chicago, Illinois 60640

v.

Nicky Posey, III
9345 S. Oglesby Avenue
Chicago, Illinois 60617

and

United States Postal Service
4850 N. Broadway
Chicago, Illinois 60640

Case No.

**08CV0061**
**JUDGE ANDERSEN**
**MAG. JUDGE KEYS**

COMPLAINT

COMES NOW the plaintiff, Michael S. O'Donnell, and, for his complaint against the defendants, states as follows:

1. The occurrence complained of herein occurred at approximately 7:08 p.m. on January 3, 2006, at or near the intersection of Glenwood Avenue and Carmen Street on the north side of Chicago, within the Northern District of Illinois.

2. The Plaintiff is a resident of the Northern District of Illinois.

3. On information and belief, the Defendant Nicky Posey III is a resident of Chicago, Illinois, within the Northern District of Illinois.

4. On information and belief, the Defendant United States Postal Service is a United States-related government entity.

5. At the afore-mentioned time and place, the Plaintiff Michael S. O'Donnell was manually operating his bicycle in the southbound lane of Glenwood Avenue, having just passed Carmen Avenue. The Plaintiff was operating his bicycle carefully and in accordance with all applicable laws and rules of the road.

6. At the afore-mentioned time and place, the Defendant Nicky Posey, III, was operating a truck owned by the Defendant United States Postal Service, having just made a right turn from the eastbound lane of Carmen Avenue into the southbound lane of Glenwood Avenue.

7. At the afore-mentioned time and place, the truck being operated by the Defendant Nicky Posey, III, struck the bicycle being operated by the Plaintiff from the rear.

8. At the afore-mentioned time and place, the Defendant Nicky Posey, III, had a duty to use reasonable care and caution in operating his truck and to obey the applicable laws of the State of Illinois and the City of Chicago.

9. At the afore-mentioned time and place, the Defendant Nicky Posey, III, notwithstanding his afore-mentioned duties, was guilty of negligence in one or more of the following respects:

    a. failure to come to a complete stop at the stop sign controlling eastbound traffic on Carmen Avenue,

    b. failure to decrease the speed of his truck in order to avoid colliding with the Plaintiff,

    c failure to stop his truck in time to avoid colliding with the Plaintiff's bicycle, although he saw or should have seen that such a collision was imminent,

    d. failure to keep his truck under proper control and

    e. failure to yield the right of way to the Plaintiff.

10. As a direct and proximate cause of one or more of the afore=mentioned negligent acts or omissions, the Plaintiff suffered serious and permanent bodily injury and damage to his property.

WHEREFORE, the Plaintiff Michael S. O'Donnell prays for judgment against the Defendants in the amount of $20,000.00.

*[signed]* Michael S. O'Donnell  03 JAN 2008

Michael S. O'Donnell

Michael S. O'Donnell
Apartment 1214
1020 W. Lawrence
Chicago, Illinois 60640
(773) 456-7500