**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MICHAEL O'DONNELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 08 C 61 |
| | ) | |
| NICKY POSEY, III and | ) | Judge Andersen |
| UNITED STATES POSTAL SERVICE, | ) | |
| | ) | |
| Defendants. | ) | |

**REPLY IN SUPPORT OF MOTION TO DISMISS FOR**
**LACK OF SUBJECT MATTER JURISDICTION**

Plaintiff O'Donnell has completely failed to respond to the defendants' motion to dismiss, despite the court's order that he do so by August 8, 2008. The United States and the United States Postal Service are therefore entitled to dismissal based on the reasons previously set forth in their motion to dismiss for lack of subject matter jurisdiction.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Eric S. Pruitt
    ERIC S. PRUITT
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-5496
    eric.pruitt@usdoj.gov

**CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

**REPLY IN SUPPORT OF MOTION TO DISMISS FOR**
**LACK OF SUBJECT MATTER JURISDICTION**

was served on August 22, 2008 by U.S. Mail on the plaintiff at the following address:

Michael S. O'Donnell
1020 West Lawrence, Apt. 1214
Chicago, Illinois 60640

                                            s/ Eric S. Pruitt
                                            ERIC S. PRUITT
                                            Assistant United States Attorney
                                            219 South Dearborn Street
                                            Chicago, Illinois 60604
                                            (312) 353-5496
                                            eric.pruitt@usdoj.gov